15 Boardman Place Suite, 2
San Francisco, CA 94103
Tel: 415/891/9472
Fax: 415/864/3389

Daniel Everett, Pro Se

**US DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

| | |
|---|---|
| DANIEL EVERETT<br><br>Plaintiff<br><br>v.<br><br>JUSTICES OF THE CALIFORNIA SUPREME COURT, STATE BAR COURT JUDGE YVETTE ROLAND, STATE BAR OF CALIFORNIA, STATE BAR OF CALIFORNIA, et al.<br><br>Defendants. | **NO.**<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF PURSUANT TO**<br><br>**Redacted Version, incl. appendix. May Not Be Examined Without Court Order. contains material from conditionally sealed record. Contains files from Confidential Proceeding. Rules of Procedure of the State Bar of California, Rule of Procedure 5.10(A)/NDC LR 79(e)**<br><br>**Court:**<br>**Date/TIME:**<br>**DEPT:**<br>**Judge:**<br>**Hearing:** |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]